# S E A L E D

*Federal Public Defender*
*411 E. Bonneville Avenue, Suite 250*
*Las Vegas, NV  89101*
*(702) 388-6577*
*(702) 388-6261 (Fax)*

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar # 11479
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for Edward Knotts

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD KNOTTS,<br><br>　　　　　Defendant. | Case No.: 2:13-CR-00180-JCM-PAL<br><br>SEALED<br><br>AMENDED EMERGENCY MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES |

EDWARD KNOTTS, the Defendant named above, through counsel, Richard F. Boulware, Assistant Federal Public Defender, moves this Honorable Court for its order directing the United States Marshal to pay travel expenses for airfare necessary for the defendant to travel to his court appearance in Las Vegas, Nevada on Wednesday, July 10, 2013. This Court has requested that Mr. Knotts appear in court in the above-entitled matter on July 10, 2013 at 10:00 a.m., in the federal courthouse in Las Vegas, Nevada for the purpose of an initial appearance.

Dated this 8th day of July, 2013.

By: /s/ Richard F. Boulware
　　RICHARD F. BOULWARE
　　Assistant Federal Public Defender

1

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

Title 18 U.S.C. §4285 provides that any United States judge may direct the United States Marshal to arrange for the payment of the subsistence and travel expenses of a defendant who has been released on bail and who is obligated to make a subsequent appearance in any United States court when the interests of justice would be served thereby and the judge or magistrate is satisfied that the defendant is financially unable to provide the necessary transportation to appear in Court.

Defendant is currently residing in Lincoln, Nebraska. Mr. Knotts is indigent as indicated in his financial affidavit on file in this case (Ex. A). He is unable to pay the entire cost of transportation to and from Las Vegas, Nevada. Because of his lack of funds, the defendant will be unable to travel from his home in Lincoln, Nebraska to Las Vegas, Nevada, unless this Court directs the United States Marshal to pay his necessary travel expenses. Mr. Knotts thus requests that the Court pursuant to 18 U.S.C. §4285 direct the United States Marshal to pay for his travel from Lincoln, Nebraska to Las Vegas, Nevada on July 10, 2013 after his court appearance on this same day.

DATED this 8th day of July, 2013.

Respectfully submitted,

RENE L. VALLADARES,
Federal Public Defender


By: /s/ Richard F. Boulware
RICHARD F. BOULWARE,
Assistant Federal Public Defender
Counsel for Edward Knotts

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00180-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | SEALED ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES |
| EDWARD KNOTTS, | |
| Defendant. | |

On the motion of defendant Edward Knotts, made pursuant to 18 U.S.C. §4285, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the payment of the defendant's non-custodial transportation, or furnish the fare for such transportation, from Lincoln, Nebraska to Las Vegas, Nevada, in the afternoon on July 10, 2013, for the purpose of making a court appearance before this Court in the above entitled case. Mr. Knotts is scheduled to appear in Court on Wednesday, July 10, 2013 at the hour of 10:00 a.m.

DATED this __8th__ day of July, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

3

# EXHIBIT "A"

# EXHIBIT "A"

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF: United States vs. Edward Knotts
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Edward William Knotts III

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Bribery, Money Laundering
☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Work-A-While 246 S 11th Street Lincoln NC 68508
IF YES, how much do you earn per month? $ 900.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____    SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 6.5

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE $ 1500    DESCRIPTION: 1996 Jeep Grand

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Commercial Investment Properties | $ | $ 460 |
| Lincoln Electrical | $ | $ 60 |
| Time Warner Cable | $ | $ 170 |
| Cricket Communications | $ | $ 105 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 13 March 2013

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]