FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

JUL 1 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD WILLIAM KNOTTS, III, ) <br> ) <br> Defendant. ) | 2:13-CR-180-JCM-(PAL) |

**ORDER OF FORFEITURE**

On July 10, 2013, defendant EDWARD WILLIAM KNOTTS, III, pled guilty to a One-Count Criminal Information (Amended) charging him with Bribery in violation of Title 18, United States Code, Section 201(b)(2)(C) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information (Amended) and Plea Agreement. Criminal Information (Amended), ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds that EDWARD WILLIAM KNOTTS, III, shall pay a criminal forfeiture money judgment of $91,500 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information (Amended), ECF No. ___; Plea Agreement, ECF No. ___.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD WILLIAM KNOTTS, III, a criminal forfeiture money judgment in the amount of $91,500 in United States Currency.

DATED this 10th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE